FILED: August 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4409
(8:23-cr-00381-TDC-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

SAMUEL SWEELEY

   Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:23-cr-00381-TDC-1 |
| Date notice of appeal filed in originating court: | 08/01/2024 |
| Appellant | Samuel Sweeley |
| Appellate Case Number | 24-4409 |
| Case Manager | Paige L. Ballard<br>804-916-2702 |