PB/RM

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## STATUS OF COUNSEL FORM

No. 24-4409, <u>US v. Samuel Sweeley</u>
8:23-cr-00381-TDC-1

I make the following election with respect to counsel for appeal (please check one):

1. [✓] I have filed a financial affidavit and a motion for appointment of counsel.

2. [ ] I do not desire an attorney to represent me in the above case now pending in the United States Court of Appeals.

3. [ ] I have previously qualified to proceed as an indigent in this case and request appointment of counsel.

4. [ ] I have arranged to be represented in this case by counsel whose name, address, and phone number are:

_____

_____

_____

Date: 8-16-2024

Signature: [signature]

RECEIVED 2024 AUG 26 P 2:23 U.S. COURT OF APPEALS FOURTH CIRCUIT