FILED: August 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4409
(8:23-cr-00381-TDC-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

SAMUEL SWEELEY

      Defendant - Appellant

_____

O R D E R

_____

The court grants the application to proceed under the Criminal Justice Act.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk