UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Fourth Circuit No. **24-4409**      District Court No. **8:23-cr-0381-TD**

Style of Case: **USa v. Samuel Sweely**

REQUEST FOR EXTENSION OF TIME AND WAIVER OF
APPLICABLE FEE REDUCTION SANCTION

I request an extension of time and waiver of applicable fee reduction sanctions until **30 days** for the filing of the transcript which is due on **10/17/2024**. As of this date, approximately **0** pages have been completed and **0** pages are yet to be transcribed.

JUSTIFICATION IS AS FOLLOWS:

A.    Outstanding District Court transcripts ordered within 90 days of this request. Any pending appellate transcripts will be taken into consideration in deciding this request.
      **0**

B.    In-Court Time: (give total days/hours by month)
      **N/A**

C.    Travel: (give hours spent traveling to and from Court by month)
      **N/A**

D.    Other: (please provide any other information you would like the Court to consider when reviewing your request. Please be aware that this information will be posted on the public docket.)
      Requesting Attorney did not submit Auth-24 when Transcript Acknowledgment was filed.

Date: **10/11/2024**            Name: **Camille Powell**

[Print to PDF for Filing]