FILED: October 11, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4409
(8:23-cr-00381-TDC-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SAMUEL SWEELEY

    Defendant - Appellant

_____

O R D E R
_____

The deadline for filing of transcript by Camille Powell is extended to 11/18/2024 without sanctions.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk